# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff**(s): TERRENCE J. HANCOCK, DALE BOLT, JOHN LISNER, JAMES BUIK, and EDWARD DENORMANDIE, as TRUSTEES of the LOCAL No. 731, I. B. of T., TEXTILE MAINTENANCE AND LAUNDRY CRAFT PENSION TRUST FUND

**Defendant**(s): THE STANDARD COMPANIES, INC.

County of Residence: Cook

County of Residence: Cook

Plaintiff's Atty:   Steven W. Jados
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Flr,
Chicago IL 60603
312-372-1361

Defendant's Atty:

FILED: JUNE 23, 2008
08CV3585
JUDGE COAR
MAGISTRATE JUDGE COLE
YM

<u>II. Basis of Jurisdiction</u>:   **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**

Plaintiff:-**N/A**

Defendant:-**N/A**

<u>IV. Origin</u> :   **1. Original Proceeding**

<u>V. Nature of Suit</u>:   **791 E.R.I.S.A**

<u>VI.Cause of Action</u>:   **Collection Action by multi-employer pension fund for withdrawal liability brought pursuant to 29 U.S.C. Sec. 1132(e), 1132(f), and 1451(a)-(c).**

<u>VII. Requested in Complaint</u>

Class Action:**No**

Dollar Demand:

Jury Demand:**No**

<u>VIII</u>. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**  s/Steven W. Jados

**Date:** 6/23/08