**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

**TERRENCE J. HANCOCK, DALE BOLT, JOHN LISNER, JAMES BUIK, and EDWARD DENORMANDIE, as TRUSTEES of the LOCAL No. 731, I. B. of T., TEXTILE MAINTENANCE AND LAUNDRY CRAFT PENSION TRUST FUND,**
Plaintiff,

FILED:  JUNE 23, 2008
08CV3585
JUDGE COAR
MAGISTRATE JUDGE COLE
YM

v.

**THE STANDARD COMPANIES, INC.,**
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: Plaintiff

| | |
|---|---|
| NAME (Type or print) LAKISHA M. KINSEY-SALLIS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Lakisha M. Kinsey-Sallis | |
| FIRM Dowd, Bloch & Bennett | |
| STREET ADDRESS 8 S. MICHIGAN AVENUE, 19TH FLOOR | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6286598 | TELEPHONE NUMBER (312) 372-1361 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO X

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO X

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO X

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐