# United States District Court for the Northern District of Illinois

Case Number: 08CV3585    Assigned/Issued By: DAJ

Judge Name: COAR    Designated Magistrate Judge: COLE

## FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP      ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2879811

Date Payment Rec'd: 06/23/08    Fiscal Clerk: DAJ

## ISSUANCES

☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 06/23/08 as to DEF. _____
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05