UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 3585**

SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TERRENCE J. HANCOCK, DALE BOLT, JOHN LISNER, JAMES BUIK, and EDWARD DENORMANDIE, as TRUSTEES of the LOCAL No. 731, I. B. of T., TEXTILE MAINTENANCE AND LAUNDRY CRAFT PENSION TRUST FUND, <br><br> Plaintiff, <br><br> v. <br><br> THE STANDARD COMPANIES, INC., <br><br> Defendant. | Docket Number: <br><br> Assigned Judge: <br><br><br> Designated Magistrate Judge: |

**JUDGE COAR**
**MAGISTRATE JUDGE COLE**

TO: THE STANDARD COMPANIES, INC.
c/o George Bonomo, Registered Agent
2601 South Archer Avenue
Chicago, IL 60608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

Steven W. Jados
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**June 23, 2008**
_____
**Date**



| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: July 2nd, 2008 |
| NAME OF SERVER (PRINT) Philip P. Ducar - Special Process Server | TITLE |

*Check one box below to indicate appropriate method of service-*

[_]  Served personally upon the defendant. Place where served: _____

[_]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_]  Returned unexecuted: _____

XXX  Other (specify): Personally handed the Summons and Complaint to Ms. Ginger Slakis, of The Standard Companies, Inc. Service was effected at the office of the R/A, Mr. George Bonomo, at 2601 S. Archer Ave., in Chicago, Ill., at the hour of 3:50 p.m., on July 2'nd, 2008.

**STATEMENT OF SERVICES FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 2'nd, 2008           *Philip P. Ducar*
            Date                        Signature of Server
                                        Post Office Box # 911
                                        Tinley Park, Illinois 60477
                                        _____
                                        Address of Server