IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TERRENCE J. HANCOCK, DALE BOLT,** | ) | |
| **JOHN LISNER, JAMES BUIK, and** | ) | |
| **EDWARD DENORMANDIE as** | ) | |
| **TRUSTEES of the LOCAL No. 731,** | ) | |
| **I. B. of T., TEXTILE MAINTENANCE** | ) | Case No. 08 C 3585 |
| **AND LAUNDRY CRAFT PENSION** | ) | |
| **TRUST FUND,** | ) | Judge Coar |
| | ) | |
| Plaintiff, | ) | Magistrate Judge Cole |
| | ) | |
| v. | ) | |
| | ) | |
| **THE STANDARD COMPANIES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   THE STANDARD COMPANIES, INC.
      c/o George A. Bonomo, Registered Agent
      2601 South Archer Avenue
      Chicago, IL 60608

  PLEASE TAKE NOTICE that on **Thursday, August 7, 2008** at **9:00 a.m.**, or as soon thereafter as I may be heard, I will appear before the Honorable David H. Coar, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 1419 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiff's Motion for Entry of Default Judgment, a copy of which is attached and served upon you.

                 Respectfully submitted,

                  s/Steven W. Jados
                  Steven W. Jados
                  One of Plaintiff's Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361