UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Terrence J, Hancock, et al.
                               Plaintiff,

v.                                         Case No.: 1:08−cv−03585
                                           Honorable David H. Coar

Standard Companies, Inc., The
                               Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

   MINUTE entry before the Honorable David H. Coar:MOTION by Plaintiffs John Lisner, James Buik, Terrence J, Hancock, Edward Denormandie, Local No. 731, I.B. or T., Textile Maintenance and Laundry Craft Pension Trust Fund, Dale Bolt for default judgment,and order [10] is entered and continued to 8/13/2008 at 9:00 AM. The motion will not be heard on 8/7/2008 as noticed.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.