IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, DALE BOLT, JOHN LISNER, JAMES BUIK, and EDWARD DENORMANDIE as TRUSTEES of the LOCAL No. 731, I. B. of T., TEXTILE MAINTENANCE AND LAUNDRY CRAFT PENSION TRUST FUND, <br><br>    Plaintiff, <br><br> v. <br><br> THE STANDARD COMPANIES, INC., <br><br>    Defendant. | Case No. 08 C 3585 <br><br> Judge Coar <br><br> Magistrate Judge Cole |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, through counsel, hereby gives notice to the Court pursuant to Rule 41(a) of the Federal Rules of Civil Procedure of Plaintiff's voluntary dismissal of the above-captioned case.

      s/Steven W. Jados
      Steven W. Jados
      Counsel for Plaintiff

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361

**CERTIFICATE OF SERVICE**

I certify that I will serve the Notice of Filing and Notice of Voluntary Dismissal by electronic filing on the parties eligible to receive e-filing and by mailing copies to the addresses indicated below on September 4, 2008.


THE STANDARD COMPANIES, INC.
c/o George A. Bonomo, Registered Agent
2601 South Archer Avenue
Chicago, IL 60608

Mr. Todd A. Miller
Allocco, Miller & Cahill, P.C.
3409 North Paulina Street
Chicago, IL 60657



 s/Steven W. Jados
Steven W. Jados