**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TERRENCE J. HANCOCK, DALE BOLT,** | ) | |
| **JOHN LISNER, JAMES BUIK, and** | ) | |
| **EDWARD DENORMANDIE as** | ) | |
| **TRUSTEES of the LOCAL No. 731,** | ) | **Case No. 08 C 3585** |
| **I. B. of T., TEXTILE MAINTENANCE** | ) | |
| **AND LAUNDRY CRAFT PENSION** | ) | **Judge Coar** |
| **TRUST FUND,** | ) | |
| | ) | **Magistrate Judge Cole** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE STANDARD COMPANIES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

TO:    THE STANDARD COMPANIES, INC.
c/o George A. Bonomo, Registered Agent
2601 South Archer Avenue
Chicago, IL 60608

**PLEASE TAKE NOTICE** that on September 4, 2008, I caused to be filed electronically the attached Notice of Voluntary Dismissal at the Everett McKinley Dirksen Building, located at 219 South Dearborn Street, Chicago, Illinois 60604.

Respectfully submitted,

 s/Steven W. Jados
Steven W. Jados
One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois  60603
(312) 372-1361